UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TEKOVA CASTILLO,

    Plaintiff,

v.                                              CASE NO: 8:12-cv-2815-T-26MAP

HERNANDO COUNTY,

    Defendant.
_____/

**O R D E R**

Pending before the Court for resolution is Defendant's motion to dismiss Plaintiff's amended complaint and Plaintiff's response. After due and careful consideration of the procedural history of this case, together with the parties' submissions, the Court concludes that the motion is due to be granted.

In his original complaint, Plaintiff sued the Hernando County Supervisor of Elections. After the Court directed him to replead his complaint, Plaintiff filed the amended complaint under review naming Hernando County as the Defendant, a distinct political entity from the Hernando County Supervisor of Elections. As Defendant correctly notes, Hernando County has never been served with process in this case. As a consequence, this Court lacks personal jurisdiction over that Defendant until properly served with process. See Omni Capital Int'l, Ltd. v. Rudolf Wolff & Co., 484 U.S. 97, 104, 108 S.Ct. 404, 409, 98 L.Ed.2d 415 (1987) (observing that "[b]efore a federal court may exercise personal jurisdiction over a defendant, the procedural

requirement of service of summons must be satisfied."). As the Supreme Court further explained, "[b]efore a court may exercise jurisdiction over a defendant, there must be more than notice to the defendant . . ." Id.; accord Prewitt Enter., Inc. v. Organization of Petroleum Exporting Countries, 353 F.3d 916, 924-25 (11th Cir. 2003).

Accordingly, it is ordered and adjudged that Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Dkt. 20) is granted. Plaintiff shall have one more opportunity to file an amended complaint on or before May 20, 2013. If Plaintiff chooses to persist in naming Hernando County as the party Defendant, he shall serve the amended complaint on that Defendant as provided by law, following which Hernando County shall respond in accord with the law.

**DONE AND ORDERED** at Tampa, Florida, on May 6, 2013.

          s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record